UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | **CV 12-7386-DMG (JEMx)** | Date | September 12, 2012 |
|---|---|---|---|
| Title | Ingenuity 13, LLC  v.  John  Doe | | |

Present: The Honorable     DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| V.R. Vallery | NONE PRESENT |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:**    IN CHAMBERS  -   ORDER AND NOTICE TO PARTIES


The Court hereby refers plaintiffs' ex parte application for leave to take expedited discovery [Doc. #6] to Magistrate Judge McDermott for ruling.



cc:  Magistrate Judge McDermott