UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-07386-ODW(JCx) | Date | December 20, 2012 |
|---|---|---|---|
| Title | Ingenuity 13 LLC v. John Doe | | |

| Present: The Honorable | OTIS D. WRIGHT II, UNITED STATES DISTRICT JUDGE |
|---|---|
| Sheila English | None Present |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:**   **MINUTE ORDER (IN CHAMBERS)**

This action has been assigned to the calendar of Judge Otis D. Wright II.

Counsel are encouraged to review the Central District's website for additional information. The address is "**http://www.cacd.uscourts.gov**".

It is not necessary to clear a motion date with the Court Clerk prior to filing the motion. The Court hears motions on Mondays, Criminal at 10:00 a.m. and Civil at 1:30 p.m.

The Court requires delivery of one non-blue backed Mandatory Chambers Copy of ALL e-filed documents to Judge Wright's document box outside the entrance to chambers near courtrooms 10 and 12.

* [ Refer to the Court's General Order No. 10-07 regarding ECF Courtesy paper Copies.]

**\*\* Attention ECF Attorneys- Chambers Email Addresses are available under your Utilities menu.**

|  | : | 00 |
|---|---|---|
| Initials of Preparer | | SE |